1  PATRICIA BARBOSA (SBN 125865)
2  **BARBOSA GROUP**
   16531 Bolsa Chica Street, Suite 205
3  Huntington Beach, CA 92649
   Tel: (714) 465-9486
4  PBarbosa@barbosagrp.com

5

6  Attorney for Plaintiff,
   CHRISTIE RUDDER
7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CHRISTIE RUDDER,                    ) Case No.: EDCV 14-00277-JGB (SPx)
                                        )
12               Plaintiff,            ) Honorable Sheri Pym
                                        )
13                                      ) **Civil Rights**
                                        )
14 vs.                                  )
                                        ) **DISCOVERY MATTER**
15 HAMPTON INN –NORCO the dba of       )
   MPJ DESAI, INC., and DOES 1through  ) **NOTICE OF MOTION AND**
16 10, Inclusive                        ) **MOTION TO QUASH SUBPOENA**
                                        ) **FOR MEDICAL RECORDS FROM**
17                                      ) **DR. NANCY J. COUNCELBAUM,**
                 Defendants.           ) **INTEGRATIVE MEDICAL GROUP**
18                                      ) **OF IRVINE AND LEGACY**
                                        ) **EMANUEL MEDICAL CENTER**
19                                      )
                                        )
20                                      )
                                        ) [Filed concurrently with Declaration of
21                                      ) Patricia Barbosa and [Proposed] Order]
                                        )
22

23                                       Documents Requested: Nov. 5, 2014.
                                         Motion Date: Dec. 2, 2014
24                                       Trial Date: May 19, 2015

25

26

27

28 NOTICE OF MOTION AND MOTION TO QUASH UNSPECIFIED RECORDS REQUESTED FROM
   DR. NANCY J. COUNCELBAUM, INTEGRATIVE MEDICAL GROUP OF IRVINE AND LEGACY
   EMANUEL MEDICAL CENTER
   Case No. EDCV 14-00277-JGB-(SPx)                                           1

**TO THE COURT, ALL DEFENDANTS AND ITS COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that on December 2, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard by the Court,  Plaintiff CHRISTIE RUDDER ("Plaintiff") moves pursuant to Federal Rule of Civil Procedure 45(c) to quash the subpoena MPJ DESAI, INC. ("Defendant") (collectively the "Parties") issued on October 15, 2014 for Plaintiff's medical records from Dr. Nancy J. Councelbaum, Integrative Medical Group of Irvine and Legacy Emanuel Medical Center.

The motion is made on the grounds that the subpoena for medical records is procedurally defective on its face and cannot be challenged or complied with by the party subpoenaed.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Federal Rule Civil Procedure 45(a)(1)(A) states in pertinent part:

"Every subpoena must: state the title of the action…command each person to whom it is directed to do the following at a specific time and place…produce *designated* documents, electronically stored information, or tangible things in that person's possession, custody, or control…" (italics added).

Defendant's subpoenas for the records of Plaintiff Christie Rudder from Defendant Hampton Inn -Norco the dba of MPJ Desai, Inc. is invalid on its face. The subpoena fails to comply with Rule 45 in substantial manner, which cannot be waived and must be deemed invalid.

Attached as **Exhibit 1** to the declaration of Patricia Barbosa, is a true and complete copy of the subpoenas served on Plaintiff's counsel.   The name of the case is misspelled in the caption; the subpoena fails to state, which *designated*

NOTICE OF MOTION AND MOTION TO QUASH UNSPECIFIED RECORDS REQUESTED FROM DR. NANCY J. COUNCELBAUM, INTEGRATIVE MEDICAL GROUP OF IRVINE AND LEGACY EMANUEL MEDICAL CENTER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

documents, electronically stored information, or tangible things in that person's possession, custody, or control are being requested.  The Subpoena states that an attachment provides the list documents that must be produced, but the subpoenas served on Plaintiff does not include an attachment, or any other information specifying the documents to be produced.  The subpoena cannot be honored by the party subpoenaed because it is incomplete and does not comply with Rule 45 requirements.  Further, Plaintiff cannot challenge any confidential, highly sensitive documents, or information such as employment documents, which may be produced by the party subpoenaed, because no documents are specified in the documents served.  The Plaintiff requests the Court dismiss the subpoena as not complying with Rule 45.

Dated:  October 28, 2014          **BARBOSA GROUP**


By:     /s/ PATRICIA BARBOSA
        PATRICIA BARBOSA
        Attorney for Plaintiff,
        CHRISTY RUDDER

**NOTICE OF MOTION AND MOTION TO QUASH UNSPECIFIED RECORDS REQUESTED FROM DR. NANCY J. COUNCELBAUM, INTEGRATIVE MEDICAL GROUP OF IRVINE AND LEGACY EMANUEL MEDICAL CENTER**
Case No. EDCV 14-00277-JGB-(SPx)                                                3