PATRICIA BARBOSA (SBN 125685)
PBarbosa@Barbosagrp.com
**BARBOSA GROUP**
16531 Bolsa Chica, Ste 205
Huntington Beach, CA 92649
(714) 465-9486

Attorney for Plaintiff,
CHRISTIE RUDDER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE RUDDER,<br><br>    Plaintiff,<br><br>vs.<br><br>HAMPTON INN – NORCO the dba of MPJ DESAI, INC., and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.: EDCV 14-00277-JGB (SPx)<br>Honorable Sheri Pym<br><br>**Civil Rights**<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF PATRICIA BARBOSA IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENA**<br><br>[Filed Concurrently With Notice of and Motion to Quash Subpoena for Medical Records From Dr. Nancy J. Councelbaum, Integrative Medical Group Of Irvine And Legacy Emanuel Medical Center and [Proposed] [Order]<br><br>Documents Requested: Nov. 5, 2014<br>Motion Date: Dec. 2, 2014<br>Trial Date: May 19, 2015 |

Declaration of Patricia Barbosa
*Rudder v. Hampton Inn-Norco*
Case No.: EDCV 14-00277-JGB (SPx)                                            1

## DECLARATION OF PATRICIA BARBOSA

**I, Patricia Barbosa, declare:**

1. I am an attorney licensed to practice in all California State Courts, and in the Southern, Eastern, Northern, and Central Federal Districts of California, and in the Ninth Circuit Court of Appeals, all in good standing. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called as a witness in this action. I make this declaration in support of Plaintiff's NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA FOR MEDICAL RECORDS FROM DR. NANCY J. COUNCELBAUM, INTEGRATIVE MEDICAL GROUP OF IRVINE AND LEGACY EMANUEL MEDICAL CENTER.

2. On October 14, 2014, Defendant Defendant MSJ Desai served me with a copy of two subpoenas served on medical providers of Plaintiff Christie Rudder. The subpoenas were served on Dr. Nancy J. Councelbaum, Integrative Medical Group Of Irvine and Legacy Emanuel Medical Center in Oregon. In reviewing the subpoenas for compliance with Fed. R.Civ. Pro. Rule 46, I found that the subpoenas failed to comply with the requirements in a significant manner. In particular, the subpoenas did not specify the documents or objects being served, and did not have any limit as to time and documents sought to be produced. The caption of the case is also misspelled as "Mampton Hotel" instead of "Hampton Hotel." The subpoena states that an "attachment" listing the documents to be produced is attached. However, the subpoena served on

me, as Plaintiff's lead counsel, did not have an attachment listing the documents with specificity as required.

3. Therefore, I cannot challenge what I believe will be very overbroad documents that contain sensitive, and confidential information wholly irrelevant to the claims and defenses and not relevant to the subject matter in this case.

4. I called and left a message on counsel who served the subpoena on the afternoon of October 28, 2014, but have not received a return call. I did not notice that the attachment was not included until today, when I was working on a Motion to Quash the subpoenas, and noticed I could not list the specific documents I sought to challenge, in order to object to the motion.

5. Attached as **Exhibit 1** to this Declaration is a true and complete copy of the subpoenas served on me by Defendant's counsel.

I swear or certify under the penalty of perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 28th day of October, 2014, in Huntington Beach, California

Dated: October 28, 2014              **BARBOSA GROUP**

                                      By:   /s/ PATRICIA BARBOSA
                                            PATRICIA BARBOSA
                                            Attorney for Plaintiff, CHRISTIE
                                            RUDDER