1

2

3

4

5

6

7

8

9         **UNITED STATES DISTRICT COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA**

11

12 CHRISTIE RUDDER,         ) Case No.: EDCV 14-00277-JGB (SPx)
                      ) Honorable Sheri Pym

13         Plaintiff,      ) **Civil Rights**

14 vs.                        )
                      ) **DISCOVERY MATTER**

15                       ) **[PROPOSED] ORDER QUASHING**

16 HAMPTON INN – NORCO the dba of  ) **SUBPOENA FOR MEDICAL**
    MPJ DESAI, INC., and DOES 1 through ) **RECORDS FROM DR. NANCY J.**
                     ) **COUNCELBAUM, INTEGRATIVE**

17 10, Inclusive,           ) **MEDICAL GROUP OF IRVINE AND**
                     ) **LEGACY EMANUEL MEDICAL**

18         Defendants.    ) **CENTER**

19                      ) [Filed concurrently with  Notice and

20                      ) Motion to Quash Medical Records From

21                      ) Dr. Nancy J. Councelbaum, Integrative

22                      ) Medical Group Of Irvine And Legacy
                     ) Emanuel Medical Center and Declaration

23                     of Patricia Barbosa]

24                     Trial Date: May 19, 2015

25                     Motion Date: Dec. 2, 2014

26 _____

27

28

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SQUASH SUBPEONA**

1

2

3

**<u>ORDER</u>**

4

Pursuant to the Motion to Quash by Plaintiff, Fed. R. Civ P. 45(d)(3), and

5

finding good cause therefore,  this Court hereby dismisses Defendant's subpoenas for

6

medical records from Dr. Nancy J. Councelbaum, Integrative Medical Group of

7

Irvine and Legacy Emanuel Medical Center.

8

9

**IT IS SO ORDERED.**

10

11

Dated:

12

_____

HON. SHERI  PYM

13

UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SQUASH SUBPEONA**