1  PATRICIA BARBOSA (SBN 125685)
   PBarbosa@Barbosagrp.com
2  BARBOSA GROUP
   16531 Bolsa Chica, Ste 205
3  Huntington Beach, CA 92649
4  (714) 465-9486

5  Attorney for Plaintiff
   CHRISTIE RUDDER
6
   IAN T. WADE, Bar No. 229150
7  iwade@littler.com
   FATEMEH S. MASHOUF, Bar No. 288667
8  fmashouf@littler.com
   LITTLER MENDELSON, P.C.
9  2049 Century Park East
   5th Floor
10 Los Angeles, CA 90067-3107
   (310) 553-0308
11 (310) 553-5583

12 Attorneys for Defendants
   MPJ DESAI, INC. dba HAMPTON INN – NORCO
13
                UNITED STATES DISTRICT COURT
14
                CENTRAL DISTRICT OF CALIFORNIA
15

| CHRISTIE RUDDER, | Case No.  EDCV 14-00277-JGB (SPx) |
|---|---|
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| HAMPTON INN – NORCO THE dba of MPJ DESAI, INC., and DOES 1 through 10, Inclusive, | Complaint Filed: February 12, 2014<br>Trial Date: May 19, 2015 |
| Defendants. | |

## **ORDER**

The Court has reviewed the parties' Joint Stipulation for Protective Order ("Protective Order"). Good cause appearing, the parties' Protective Order is GRANTED. The stipulated Protective Order is hereby entered and approved by the Court for use in the above-captioned case subject to the following conditions:

a. The Court may modify this Order *sua sponte* in the interest of justice.

b. This Order is subject to further court orders based upon public policy and other considerations.

IT IS SO ORDERED.

DATED: November 17, 2014    _____
                                                            SHERI PYM
                                       United States District Magistrate Judge

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.